B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Middle District of Florida

In re  **JAXCHEX, INC.**  Case No. **3:11-bk-05878**
Debtor(s)  Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Alabama Partners, LLC<br>P. O. Box 361056<br>Birmingham, AL 35236 | Alabama Partners, LLC<br>P. O. Box 361056<br>Birmingham, AL 35236 | Various Loans | | 265,000.00 |
| BamaChex, Inc.<br>1209 Crowne Reserve Drive<br>Birmingham, AL 35244 | BamaChex, Inc.<br>1209 Crowne Reserve Drive<br>Birmingham, AL 35244 | Various Loans | | 485,000.00 |
| Cobbs Allen Hall<br>P.O. Box 530098<br>Birmingham, AL 35233 | Cobbs Allen Hall<br>P.O. Box 530098<br>Birmingham, AL 35233 | Insurance | | 5,547.25 |
| Customized Distribution, Inc<br>5151 Brook Hollow Pky<br>Norcross, GA 30071 | Customized Distribution, Inc<br>5151 Brook Hollow Pky<br>Norcross, GA 30071 | Vendor | | 96,000.00 |
| Eagle Signs<br>6453 Beach Blvd<br>Jacksonville, FL 32246 | Eagle Signs<br>6453 Beach Blvd<br>Jacksonville, FL 32246 | Vendor | | 11,851.00 |
| Florida Dept. of Revenue<br>5050 West Tennessee Street<br>Tallahassee, FL 32399 | Florida Dept. of Revenue<br>5050 West Tennessee Street<br>Tallahassee, FL 32399 | Child Support Withholding | | 7,390.00 |
| Florida Dept. of Revenue<br>5050 West Tennessee Street<br>Tallahassee, FL 32399 | Florida Dept. of Revenue<br>5050 West Tennessee Street<br>Tallahassee, FL 32399 | Sales Tax | | 407,000.01 |
| IBC Sales Corp.<br>201 Busch Drive E.<br>Jacksonville, FL 32218 | IBC Sales Corp.<br>201 Busch Drive E.<br>Jacksonville, FL 32218 | Vendor | | 7,264.00 |
| Iqbal Kaisani<br>670 Clemson Lane<br>Lawrenceville, GA 30043 | Iqbal Kaisani<br>670 Clemson Lane<br>Lawrenceville, GA 30043 | Various Loans | | 40,000.00 |
| JEA<br>21 West Church Street<br>Jacksonville, FL 32202 | JEA<br>21 West Church Street<br>Jacksonville, FL 32202 | Utility | | 38,400.00 |
| Kevin Small<br>9743 Tattersall Ave.<br>Orlando, FL 32817 | Kevin Small<br>9743 Tattersall Ave.<br>Orlando, FL 32817 | Various Loans | | 40,000.00 |
| Mark Williams<br>226 Crowne Wood Drive<br>Birmingham, AL 35244 | Mark Williams<br>226 Crowne Wood Drive<br>Birmingham, AL 35244 | Various Loans | | 40,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **JAXCHEX, INC.**
Debtor(s)

Case No. **3:11-bk-05878**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| North Florida Refrigeration<br>3836 Lenox Avenue<br>Jacksonville, FL 32254 | North Florida Refrigeration<br>3836 Lenox Avenue<br>Jacksonville, FL 32254 | Vendor | | 8,479.00 |
| Pervez Kaisani<br>1516 Astoria Drive<br>Allen, TX 75013 | Pervez Kaisani<br>1516 Astoria Drive<br>Allen, TX 75013 | Various Loans | | 40,000.00 |
| Regions Bank<br>1900 5th Ave. North<br>FIA Card Services<br>Birmingham, AL 35203 | Regions Bank<br>1900 5th Ave. North<br>FIA Card Services<br>Birmingham, AL 35203 | Credit Card | | 10,100.00 |
| Sawyer Gas<br>P.O. Box 37679<br>Jacksonville, FL 32236 | Sawyer Gas<br>P.O. Box 37679<br>Jacksonville, FL 32236 | Vendor | | 10,724.00 |
| Taylor Freezer Sales<br>14601 McCormick Drive<br>Tampa, FL 33626 | Taylor Freezer Sales<br>14601 McCormick Drive<br>Tampa, FL 33626 | Vendor | | 10,370.00 |
| WAND<br>7593 Corporate Way<br>Eden Prairie, MN 55344 | WAND<br>7593 Corporate Way<br>Eden Prairie, MN 55344 | Vendor | | 39,250.00 |
| Waste Management<br>P.O. Box 9001054<br>Louisville, KY 40290 | Waste Management<br>P.O. Box 9001054<br>Louisville, KY 40290 | Utility | | 8,665.00 |
| Wazir Kaisani<br>1526 Astoria Drive<br>Allen, TX 75013 | Wazir Kaisani<br>1526 Astoria Drive<br>Allen, TX 75013 | Various Loans | | 40,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Chief Operating Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **August 9, 2011**  Signature **/s/ Mark Williams**
**Mark Williams**
**Chief Operating Officer**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.